**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00870-CV

**BLACKSTONE MEDICAL, INC. D/B/A ORTHOFIX SPINAL IMPLANTS, Appellant**

**V.**

**PHOENIX SURGICALS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-00902-D**

## ORDER

We **GRANT** appellee's December 2, 2013 unopposed second motion for an extension of the appellate deadlines. Appellee/cross-appellant shall file its brief on or before December 23, 2013. Appellant/cross-appellee shall file its reply brief on or before Monday, February 10, 2014. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE